PER CURIAM.
Affirmed. See Tiedtke v. Fidelity & Cas. Co. of New York, 222 So.2d 206 (Fla.1969); Wallach v. Rosenberg, 527 So.2d 1386 (Fla. 3d DCA), review denied, 536 So.2d 246 (Fla.1988); Auto Owners Ins. Co. v. Allen, 362 So.2d 176 (Fla. 2d DCA 1978); Hartford Accident & Indem. Co. v. Phelps, 294 So.2d 362 (Fla. 1st DCA 1974). See also Island Breakers v. Highlands Underwriters Ins. *577 Co., 665 So.2d 1084, 1085 (Fla. 3d DCA 1995)(Cope, J., concurring).